D # 1500031
06314298

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAY 30 A 9:46

U.S. MARSHALS SERV
EL CENTRO OFFICE

UNITED STATES OF AMERICA
V.
Katherine Frances Stover

**WARRANT FOR ARREST**

CASE NUMBER: 08MJ8445

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Katherine Frances Stover__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense)

See attached

FILED
JUN 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In violation of Title ___See Above___ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Erika R. Flores (Signature) | May 29, 2008     El Centro, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ __No Bail__ by __The Honorable Peter C. Lewis__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __EL CENTRO, CA.__

| DATE RECEIVED, 05/30/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST, 06/02/08 | Melesio Hernandez SDUSM. | EXECUTED: b Brambila |

CRIMINAL WARRANT DESK

PS 8D
(05/08)

May 28, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Stover, Katherine Frances (English)    **Dkt No.:** 08MJ8445PCL-001

**Reg. No.:** 06314-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Next Court Date:** June 3, 2008, at 1:30 p.m.

**Charged Offense:** 8 USC 1324(a)(1)(A)(ii)-Illegal Transportation of Alien(s)

**Date Conditions Ordered:** May 19, 2008, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and submit to treatment, and/or testing, as specified by the Pretrial Services Officer for psychiatric or psychological counseling.

**Date Released on Bond:** May 19, 2008

**Asst. U.S. Atty.:** John F. Weis    **Defense Counsel:** Gerard Jeffrey Wasson (appointed)
(760) 370-0893    (619) 232-0181

**Prior Violation History:** None.

I hereby attest and certify on 5-29-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

PS 8D
(05/08)

Name of Defendant: Stover, Katherine Frances
Docket No.: 08MJ8445PCL-001

May 28, 2008

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant has violated the following condition of pretrial release:

| CONDITION | ALLEGATION OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)** Report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court. | 1. The defendant failed to report to the Pretrial Services Agency for supervision upon release from custody. |

**_Grounds for Revocation:_** On May 19, 2008, the defendant appeared before U.S. Magistrate Judge Peter C. Lewis for arraignment. At that hearing, Judge Lewis ordered the defendant to report to the Pretrial Services Agency for supervision upon release from custody. The defendant failed to report to Pretrial Services for supervision upon release from custody as ordered by the Court and her whereabouts are unknown.

PS 8D
(05/08)

Name of Defendant: Stover, Katherine Frances
Docket No.: 08MJ8445PCL-001

May 28, 2008

## SUPERVISION ADJUSTMENT

Criminal computerized record checks reveal no new arrests. The defendant has not reported to Pretrial Services as ordered by the Court. Therefore, her supervision adjustment is considered very poor.

## RECOMMENDATION/JUSTIFICATION

Pretrial Services provided the defendant with a reporting slip at the time of her arraignment which instructed her to report to Pretrial Services upon release from custody. Our office has made repeated attempts to reach Ms. Stover by telephone and through her attorney. Pretrial Services further went to the home address provided by the defendant at the time of her arraignment and left a business card at the residence. As of this writing, the defendant has failed to report as directed to Pretrial Services for supervision and her whereabouts are unknown. In light of this information, Pretrial Services recommends your Honor issue a no-bail warrant for the defendant's arrest and order her to show cause why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05-28-08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
Arturo Montaño
U.S. Pretrial Services Officer
(760) 335-3436
Place: El Centro, California

Reviewed and approved:

_____
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

PS 8D
(05/08)

Name of Defendant: Stover, Katherine Frances
Docket No.: 08MJ8445PCL-001

May 28, 2008

**THE COURT ORDERS:**

__✓__  AGREE, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

_____  Other _____

_____
Peter C. Lewis
U.S. Magistrate Judge

5-29-08
Date