# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER ___08mJ8445___ 2009 JUN -4 P 4: 17 |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| _Katherine Frances Stover_ | ) | Booking No. __0631 4298__ |
| | ) | 885806 |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____06|03|08_____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____✓_____ Defendant released on $__0__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. _Defendant's Own Signature Bond Reinstated_

<table>
<tr><td></td><td>PETER C. LEWIS</td></tr>
<tr><td></td><td>UNITED STATES MAGISTRATE JUDGE</td></tr>
</table>

OR

W. SAMUEL HAMRICK, JR.   Clerk

Received _____ by _Teresa Alvarez Romero_   **T. ROMERO**

DUSM                              Deputy Clerk

Crim-9    (Rev 6-95)                                         ✴ U.S. GPO: 1996-783-398/40151

CLERKS' COPY